UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                  CASE NO. 06-57866-TJT
                                                   CHAPTER 13 PROCEEDINGS
Latoy M Brocks                                     HON. THOMAS J. TUCKER

_____ Debtor _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court
pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| UCB, INC.<br>5620 SOUTHWYCK BLVD., SUITE 206<br>P.O. BOX 140190<br>TOLEDO, OH 43614-0190 | 3 | 6.00 | UNSECURED | 1345817 | 2/24/11 | $ 67.00 |

DATED:  March 02, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Latoy M Brocks

_____ Debtor _____

CASE NO. 06-57866-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**RICHARD F NAHABEDIAN**
**29777 TELEGRAPH SUITE 2447**
**SOUTHFIELD, MI  48034**

**Last Known Address for Debtor:**

**LATOY M BROCKS**
**564 GRANADA DR**
**PONTIAC, MI  48342**

DATED:  March 02, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100